**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa DIVISION**

In re: KBB ASSOCIATES, LLC             §    Case No. 8:19-bk-09871-RCT
                                       §
                                       §
                                       §
           Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/17/2019. The undersigned trustee was appointed on 10/17/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $         44,777.50

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 307.75 |
   | Bank service fees | 102.18 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 44,367.57 |

The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/03/2020 and the deadline for filing governmental claims was 04/14/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,227.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,227.75, for a total compensation of $5,227.75[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $824.69 for total expenses of $824.69[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/05/2021

By: /s/ Christine Herendeen
    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 8:19-bk-09871-RCT
Case Name: KBB ASSOCIATES, LLC
For Period Ending: 03/05/2021

Trustee Name: (290278) Christine L. Herendeen
Date Filed (f) or Converted (c): 10/17/2019 (f)
§ 341(a) Meeting Date: 11/20/2019
Claims Bar Date: 02/03/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking/Merchant Processing Account at PayPal, xxxxxx3923 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account Account at USAA, xxxxxx2516 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Raw Materials: Fabric and sewing supplies, Net Book Value: $3,000.00 | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 4 | Finished goods: Children's clothing, bags, Net Book Value: $9,000.00 | 9,000.00 | 9,000.00 | OA | 0.00 | FA |
| 5 | Desks, chairs, and glass clothing racks. | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 6 | Epilog Helix laser machine. | 15,000.00 | 15,000.00 | | 900.00 | FA |
| 7* | Computer and printer. (See Footnote) | 450.00 | 450.00 | | 50.00 | FA |
| 8* | 7 sewing machines. (See Footnote) | 1,400.00 | 1,400.00 | | 127.50 | FA |
| 9 | Corel software license. | Unknown | Unknown | | 0.00 | FA |
| 10 | www.shadeskids.com. | 0.00 | 0.00 | | 0.00 | FA |
| 11* | Avoidable Transfer Litigation (u) (See Footnote) | 10.00 | 10.00 | | 3,000.00 | FA |
| 12* | Avoidable Transfer Litigation (u) (See Footnote) | 10.00 | 10.00 | | 20,700.00 | FA |
| 13* | Avoidable Transfer Litigation (u) (See Footnote) | 10.00 | 10.00 | | 20,000.00 | FA |
| 13 | **Assets Totals (Excluding unknown values)** | **$29,880.00** | **$29,880.00** | | **$44,777.50** | **$0.00** |

RE PROP# 7   HP Printer sold at auction
RE PROP# 8   8 sewing machines sold at auction
RE PROP# 11  Robertson
RE PROP# 12  Wells Fargo
RE PROP# 13  Citicorp

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| | |
|---|---|
| **Case No.:** 8:19-bk-09871-RCT | **Trustee Name:** (290278) Christine L. Herendeen |
| **Case Name:** KBB ASSOCIATES, LLC | **Date Filed (f) or Converted (c):** 10/17/2019 (f) |
| | **§ 341(a) Meeting Date:** 11/20/2019 |
| **For Period Ending:** 03/05/2021 | **Claims Bar Date:** 02/03/2020 |

**Major Activities Affecting Case Closing:**

03/03/21: Filed Application for Compensation for Accountant. 03/01/21: First Application for Final Compensation for Angelina E Lim, Trustee's Attorney, Fee. 02/28/21: KBB Estate tax returns received from accountant for filing and for Prompt Determination.  Case ready for closing.  Reviewed distributions and will pay 100% of wage claims and approximately 21% of the related employer taxes and the DOR priority claim.  I am waiving my attorney's fees in the case but will pay 100% of Angelina's fees and the Trustee comp/expenses that are high due to the size of the mailing matrix in this case.  Attorney's fees are high due to the claim litigation and there was a lower than anticipated settlement versus the Robertsons.  This estate would have been insolvent based on the sale of the personal property assets and only had litigation recoveries due to Angelina's willingness to litigate the claims.  01/08/20:  Order Granting Motion to Approve Compromise with Citicorp Credit Card Services, Inc. entered.  01/06/20:  Order Approving Application to Employ/Retain Andrea Bauman, C.P.A. as Accountant entered.  01/05/20:  Application to Employ Andrea P. Bauman, CPA as Accountant for the estate filed.  01/05/21: Order Administratively Closing Adversary Proceeding.  20-ap-00440 vs Robertson. 01/05/21: Field Application to Employ Accountant.  12/31/20:  Settlement funds received in connection with Robertson litigation.  12/17/20: Order Dismissing Adversary  vs Wells Fargo. 12/16/20:  Order Granting Motion to Approve Compromise in connection with ADV v Robertsons.  12/14/20:  Settlement funds received in connection with Wells Fargo litigation.  12/07/20: Motion to Approve Compromise of Controversy filed re. settlement with Citicorp Credit Card Services, Inc. 12/2/20:  Order Granting Motion to Approve Compromise with Wells Fargo entered.  11/20/20:  Motion to Approve Compromise of Controversy with the Robertsons filed.  11/17/20:  Settlement Agreement with Robertsons signed.  11/11/20:  Settlement Agreement (Citibank) signed.  11/09/20:  Amended Motion for Default Judgment Against Norman F. Robertson and Margaret Elizabeth Robertson.  11/04/20:  Motion for Default Judgment Against Defendants, Norman F. Robertson and Margaret Elizabeth Robertson  filed by est counsel.  10/28/20:  Motion to Approve Compromise of Controversy filed re. settlement with Wells Fargo Bank NA.  10/26/20:  Amended Clerk's Entry of Default Against Norman F. Robertson (Amended to Reflect Default is Against Norman F. Robertson Only) and Clerk's Entry of Default Against Margaret Elizabeth Robertson entered.  10/23/20:  Clerk's Entry of Default Against Norman F. Robertson and Margaret Elizabeth Robertson, Defendants.  10/22/20:  Motion for Entry of Default against Norman F. Robertson and Margaret Elizabeth Robertson filed in Roberstson ADV.  09/22/20:  Unopposed Motion to Extend Time to Respond (second) filed by Wells Fargo in ADV. - settlement pending - compromise to be filed.  Ongoing correspondence with in-house counsel for Citi in the pending ADV v Citicorp.  08/27/20:  ADV v Wells Fargo:  Order Granting Motion to Extend Time to Respond to Plaintiff's Complaint until September 28, 2020.  08/21/20:  Wells Fargo filed an Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint for Damages and Incorporated Memorandum of Law in the ADV proceeding.  08/05/20:  ADV proc. filed v. Norman F. Robertson, Margaret Elizabeth Robertson (8:20-ap-00440-RCT) and v. Citicorp Credit Services, Inc. (USA)(8:20-ap-00441-RCT).  07/29/20:  Complaint by Christine Herendeen, as Trustee of the Bankruptcy Estate of KBB Associates, LLC against WELLS FARGO BANK, N. A., Wells Fargo Bank, NA, Wells Fargo Bank, NA. 8:20-ap-00428-RCT filed.  03/12/20:  Notice of Service of Third-Party Subpoena for additional documents filed by AL.  03/06/20:  Order Granting Motion To Limit Notice entered.  02/20/20:  Order Approving Application to Employ/Retain Angelina E. Lim of Johnson Pope Bokor Ruppel & Burns, LLP as Counsel to Chapter 7 Trustee Retroactive to January 31, 2020 entered.  02/07/20:  Application to Employ Angelina E. Lim of Johnson Pope Bokor Ruppel & Burns, LLP as Counsel to Chapter 7 Trustee Retroactive to January 31, 2020 filed.  01/07/20: Order Approving Trustee's Application for Compensation for Auctioneer. 12/31/19: Application for Compensation of Auctioneer filed. Report of Sale Completion re: auction filed.  11/14/19:  Order Granting  Consent Motion to Reject  Commercial Lease entered. 11/11/19: Consent Motion to Reject Lease filed. 11/11/19: Order Approving Application to Employ General Counsel entered. 11/08/19: Order Approving Application to Employ/Retain Christine L. Herendeen of Herendeen Law, LLC as General Counsel for the Trustee entered.  11/8/19: Notice of Sale and Notice of Abandonment filed. 11/07/19: Order entered Approving Employment of Auctioneer (Bay Area Auction Services).

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2021 | **Current Projected Date Of Final Report (TFR):** 12/31/2021 |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 8:19-bk-09871-RCT | Trustee Name: | Christine L. Herendeen (290278) |
|---|---|---|---|
| Case Name: | KBB ASSOCIATES, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0516 | Account #: | ******1181 Checking |
| For Period Ending: | 03/05/2021 | Blanket Bond (per case limit): | $30,832,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/24/19 | | Bay Area Auction Services, Inc. | Auction proceeds received pursuant to sale of personal property (Doc. No. 14). | | 1,077.50 | | 1,077.50 |
| | {6} | | Auction proceeds received pursuant to sale of personal property. $900.00 | 1129-000 | | | |
| | {7} | | Auction proceeds received pursuant to sale of personal property. $50.00 | 1129-000 | | | |
| | {8} | | Auction proceeds received pursuant to sale of personal property. $127.50 | 1129-000 | | | |
| 01/11/20 | 101 | Bay Area Auction Services, Inc. | Auctioneer fees pursuant to order approving compensation (Doc. No. 25). | 3610-000 | | 107.75 | 969.75 |
| 01/11/20 | 102 | Bay Area Auction Services, Inc. | Auctioneer expenses pursuant to order approving compensation (Doc. No. 25). | 3620-000 | | 200.00 | 769.75 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 764.75 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 759.75 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 754.75 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 749.75 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 744.75 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 739.75 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 734.75 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 729.75 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 724.75 |
| 12/14/20 | {12} | Wells Fargo Bank, NA | Funds from counsel for settlement of claim litigation pursuant to Motion to Approve Compromise and Order approving same (Doc. No. 34 & 36). | 1241-000 | 20,700.00 | | 21,424.75 |
| 12/31/20 | {11} | Norman F Robertson | Funds received pursuant to settlement approved via compromise motion and order (Doc. Nos. 35 and 39). | 1241-000 | 3,000.00 | | 24,424.75 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 20.02 | 24,404.73 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 37.16 | 24,367.57 |
| 02/05/21 | {13} | Johnson Pope Bokor Ruppel & Burns LLP | Settlement funds from Citicorp pursuant to compromise (Doc. Nos. 38 & 39). | 1241-000 | 20,000.00 | | 44,367.57 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 55.68 | 44,311.89 |
| | | | Page Subtotals: | | $44,777.50 | $465.61 | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| Case No.: | 8:19-bk-09871-RCT | Trustee Name: | Christine L. Herendeen (290278) |
|---|---|---|---|
| Case Name: | KBB ASSOCIATES, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0516 | Account #: | ******1181 Checking |
| For Period Ending: | 03/05/2021 | Blanket Bond (per case limit): | $30,832,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/01/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | -55.68 | 44,367.57 |
|  |  | **COLUMN TOTALS** |  |  | 44,777.50 | 409.93 | $44,367.57 |
|  |  |  | Less: Bank Transfers/CDs |  | 0.00 | 0.00 |  |
|  |  | **Subtotal** |  |  | 44,777.50 | 409.93 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $44,777.50 | $409.93 |  |

## Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 8:19-bk-09871-RCT | **Trustee Name:** | Christine L. Herendeen (290278) |
| **Case Name:** | KBB ASSOCIATES, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0516 | **Account #:** | ******1181 Checking |
| **For Period Ending:** | 03/05/2021 | **Blanket Bond (per case limit):** | $30,832,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $44,777.50 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $44,777.50 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1181 Checking | $44,777.50 | $409.93 | $44,367.57 |
| | **$44,777.50** | **$409.93** | **$44,367.57** |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C
# Claims Distribution Register

**Case:**  8:19-bk-09871-RCT KBB ASSOCIATES, LLC

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 02/26/21 | 200 | Andrea P. Bauman<br>1501 Belcher Road South #6B<br>Largo, FL 33771<br><3420-00 Accountant for Trustee Expenses (Other Firm)> | $ 19.65 | $ 19.65 | $ 0.00 | $ 19.65 | $ 19.65 |
| | 02/26/21 | 200 | Andrea P. Bauman<br>1501 Belcher Road South #6B<br>Largo, FL 33771<br><3410-00 Accountant for Trustee Fees (Other Firm)> | $ 1,200.00 | $ 1,200.00 | $ 0.00 | $ 1,200.00 | $ 1,200.00 |
| | 01/05/21 | 200 | U.S. Bankruptcy Court<br>U.S. Bankruptcy Court<br>801 N. Florida Ave. STE 555<br>Tampa, FL 33602<br><2700-00 Clerk of the Court Fees> | $ 1,050.00 | $ 1,050.00 | $ 0.00 | $ 1,050.00 | $ 1,050.00 |
| | 02/26/21 | 200 | Angelina E. Lim<br>401 E. Jackson St.<br>Suite 3100<br>Tampa, FL 33602<br><3210-00 Attorney for Trustee Fees (Other Firm)> | $ 24,034.50 | $ 24,034.50 | $ 0.00 | $ 24,034.50 | $ 24,034.50 |
| | 02/26/21 | 200 | Christine L. Herendeen<br>P.O. Box 152348<br>Tampa, FL 33684<br><2100-00 Trustee Compensation> | $ 5,227.75 | $ 5,227.75 | $ 0.00 | $ 5,227.75 | $ 5,227.75 |
| | 02/26/21 | 200 | Christine L. Herendeen<br>P.O. Box 152348<br>Tampa, FL 33684<br><2200-00 Trustee Expenses> | $ 824.69 | $ 824.69 | $ 0.00 | $ 824.69 | $ 824.69 |
| | | | Total for Priority 200:  100% Paid | $ 32,356.59 | $ 32,356.59 | $ 0.00 | $ 32,356.59 | $ 32,356.59 |
| | | | Total for Admin Ch. 7 Claims: | $ 32,356.59 | $ 32,356.59 | $ 0.00 | $ 32,356.59 | $ 32,356.59 |
| **Priority Claims:** | | | | | | | | |
| 12 | 11/18/19 | 510 | Gisela Lopez<br>3111 Teal Ave<br>Sarasota, FL 34232-5145<br><5300-00 Wages - § 507(a)(4)><br>[Gross Wage $1796.98 Less Taxes = Net $1300.11  Income Tax $359.40 FICA $111.41 Medicare $26.06] | $ 1,796.98 | $ 1,300.11 | $ 0.00 | $ 1,300.11 | $ 1,300.11 |
| 13 | 11/18/19 | 510 | Monice Primo Sanchez<br>2828 Nassau St<br>Sarasota, FL 34231-2816<br><5300-00 Wages - § 507(a)(4)><br>[Gross Wage $1747.86 Less Taxes = Net $1264.58  Income Tax $349.57 FICA $108.37 Medicare $25.34] | $ 1,747.86 | $ 1,264.58 | $ 0.00 | $ 1,264.58 | $ 1,264.58 |

# Exhibit C
## Claims Distribution Register

**Case:   8:19-bk-09871-RCT KBB ASSOCIATES, LLC**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 16P | 11/18/19 | 510 | Carrie Sasville<br>4180 Molokai Dr<br>Sarasota, FL 34241<br><5300-00 Wages - § 507(a)(4)><br>SEE SUPPORTING DOCUMENTS PROVIDED VIA E-MAIL AND SAVED TO CLAIM FILE - ALSO LINKED BELOW<br>[Gross Wage $3110.00 Less Taxes = Net $2250.08  Income Tax $622.00 FICA $192.82 Medicare $45.10] | $ 3,110.00 | $ 2,250.08 | $ 0.00 | $ 2,250.08 | $ 2,250.08 |
| 18 | 11/20/19 | 510 | Loan Truong<br>3827 27th Parkway<br>Sarasota, FL 34235<br><5300-00 Wages - § 507(a)(4)><br>[Gross Wage $831.40 Less Taxes = Net $601.51  Income Tax $166.28 FICA $51.55 Medicare $12.06] | $ 831.40 | $ 601.51 | $ 0.00 | $ 601.51 | $ 601.51 |
| | | 510 | IRS EFTPS 941<br><5300-00 Wages - § 507(a)(4)><br>[Employee Income Tax Distribution:<br>    Claim    12        $ 359.40    Gisela Lopez<br>    Claim    13        $ 349.57    Monice Primo Sanchez<br>    Claim    16P      $ 622.00    Carrie Sasville<br>    Claim    18        $ 166.28    Loan Truong<br>] | $ 0.00 | $ 1,497.25 | $ 0.00 | $ 1,497.25 | $ 1,497.25 |
| | | 510 | IRS EFTPS 941<br><5300-00 Wages - § 507(a)(4)><br>[Employee FICA Distribution:<br>    Claim    12        $ 111.41    Gisela Lopez<br>    Claim    13        $ 108.37    Monice Primo Sanchez<br>    Claim    16P      $ 192.82    Carrie Sasville<br>    Claim    18        $ 51.55     Loan Truong<br>] | $ 0.00 | $ 464.15 | $ 0.00 | $ 464.15 | $ 464.15 |
| | | 510 | IRS EFTPS 941<br><5300-00 Wages - § 507(a)(4)><br>[Employee Medicare Distribution:<br>    Claim    12        $ 26.06     Gisela Lopez<br>    Claim    13        $ 25.34     Monice Primo Sanchez<br>    Claim    16P      $ 45.10     Carrie Sasville<br>    Claim    18        $ 12.06     Loan Truong<br>] | $ 0.00 | $ 108.56 | $ 0.00 | $ 108.56 | $ 108.56 |
| | | | Total for Priority 510:   100% Paid | $ 7,486.24 | $ 7,486.24 | $ 0.00 | $ 7,486.24 | $ 7,486.24 |
| 32P | 02/18/20 | 570 | State of Florida - Department of Revenue<br>FL DEPARTMENT OF REVENUE, BANKRUPTCY<br>PO Box 8045<br>Tallahassee, FL 32314-8045<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 336.10 | $ 336.10 | $ 0.00 | $ 336.10 | $ 74.21 |

**Case:   8:19-bk-09871-RCT KBB ASSOCIATES, LLC**

| Claim# | Date | Pri | Claimant / UTC | / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|---|
| 33P | 02/18/20 | 570 | State of Florida - Department of Revenue<br>FL DEPARTMENT OF REVENUE, BANKRUPTCY<br>PO Box 8045<br>Tallahassee, FL 32314-8045 | | $ 2,155.48 | $ 2,155.48 | $ 0.00 | $ 2,155.48 | $ 475.91 |
| | | | <5800-00 Claims of Governmental Units - § 507(a)(8)> | | | | | | |
| 34P | 02/18/20 | 570 | State of Florida - Department of Revenue<br>FL DEPARTMENT OF REVENUE, BANKRUPTCY<br>PO Box 8045<br>Tallahassee, FL 32314-8045 | | $ 16,979.80 | $ 16,979.80 | $ 0.00 | $ 16,979.80 | $ 3,749.00 |
| | | | <5800-00 Claims of Governmental Units - § 507(a)(8)> | | | | | | |
| | | 570 | IRS EFTPS 940 | | $ 0.00 | $ 449.17 | $ 0.00 | $ 449.17 | $ 99.17 |
| | | | <5800-00 Claims of Governmental Units - § 507(a)(8)> | | | | | | |
| | | 570 | IRS EFTPS 941 | | $ 0.00 | $ 464.15 | $ 0.00 | $ 464.15 | $ 102.48 |
| | | | <5800-00 Claims of Governmental Units - § 507(a)(8)> | | | | | | |
| | | 570 | IRS EFTPS 941 | | $ 0.00 | $ 108.56 | $ 0.00 | $ 108.56 | $ 23.97 |
| | | | <5800-00 Claims of Governmental Units - § 507(a)(8)> | | | | | | |
| | | | Total for Priority 570:   22.07916% Paid | | $ 19,471.38 | $ 20,493.26 | $ 0.00 | $ 20,493.26 | $ 4,524.74 |
| | | | | Total for Priority Claims: | $ 26,957.62 | $ 27,979.50 | $ 0.00 | $ 27,979.50 | $ 12,010.98 |

**Unsecured Claims:**

| Claim# | Date | Pri | Claimant / UTC | / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/24/19 | 610 | Jenna Bagley<br>4133 Periwinkle Lane<br>Benton, LA 71006 | | $ 38.40 | $ 38.40 | $ 0.00 | $ 38.40 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | | |
| 2 | 11/11/19 | 610 | Ivy Zepeda<br>4603 13th St<br>Lubbock, TX 79416-4823 | | $ 27.88 | $ 27.88 | $ 0.00 | $ 27.88 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | | |
| 3 | 11/11/19 | 610 | Brittany Lewis<br>1714 Oakcrest Dr<br>Panama City, FL 32409-3574 | | $ 32.31 | $ 32.31 | $ 0.00 | $ 32.31 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | | |
| 4 | 11/12/19 | 610 | Lacheia Edmonds<br>733 Deer Ln<br>Pamplico, SC 29583-5601 | | $ 46.00 | $ 46.00 | $ 0.00 | $ 46.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | | |

# Exhibit C
# Claims Distribution Register

**Case:   8:19-bk-09871-RCT KBB ASSOCIATES, LLC**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 5 | 11/12/19 | 610 | Janice Long<br>19919 Hampton Park Dr<br>Westfield, IN 46074-4303<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 40.80 | $ 40.80 | $ 0.00 | $ 40.80 | $ 0.00 |
| 6 | 11/13/19 | 610 | Mary Nan Stewart<br>1767 Hermitage Blvd Apt 7103<br>Tallahassee, FL 32308-7735<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 220.38 | $ 220.38 | $ 0.00 | $ 220.38 | $ 0.00 |
| 7 | 11/13/19 | 610 | Tabitha Petty<br>90 Wolf Chase Cv<br>Savannah, TN 38372-5589<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 43.40 | $ 43.40 | $ 0.00 | $ 43.40 | $ 0.00 |
| 8 | 11/17/19 | 610 | Anna Wade<br>9211 Mark Ryan Dr<br>Kimberly, AL 35091-2023<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 50.75 | $ 50.75 | $ 0.00 | $ 50.75 | $ 0.00 |
| 9 | 11/17/19 | 610 | Carolina Stewart<br>12881 Quailbrook Dr<br>Jacksonville, FL 32224-7933<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 45.96 | $ 45.96 | $ 0.00 | $ 45.96 | $ 0.00 |
| 10 | 11/19/19 | 610 | Alexandria Garrard<br>122 N Street NW<br>Thomaston, GA 30286<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 86.00 | $ 86.00 | $ 0.00 | $ 86.00 | $ 0.00 |
| 11 | 11/18/19 | 610 | Sarah Penny<br>2781 Lemontree Cir<br>Springdale, AR 72762-0549<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 40.20 | $ 40.20 | $ 0.00 | $ 40.20 | $ 0.00 |
| 14 | 11/18/19 | 610 | Natalie Bowen<br>9156 Nathan Cir<br>Warrior, AL 35180-2311<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 92.68 | $ 92.68 | $ 0.00 | $ 92.68 | $ 0.00 |
| 15 | 11/20/19 | 610 | Sharon Mosley<br>536 Overhanging Rock Rd<br>Ellijay, GA 30536-4430<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 35.40 | $ 35.40 | $ 0.00 | $ 35.40 | $ 0.00 |
| 16U | 11/18/19 | 610 | Carrie Sasville<br>4180 Molokai Dr<br>Sarasota, FL 34241<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 1,018.17 | $ 1,018.17 | $ 0.00 | $ 1,018.17 | $ 0.00 |

| Claim# | Date | Pri | Claimant / UTC | / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 11/18/19 | 610 | Patti Ozbolt<br>1055 Culver Rd<br>Falkville, AL 35622-6307<br><7100-00 Section 726(a)(2) General Unsecured Claims> | | $ 97.00 | $ 97.00 | $ 0.00 | $ 97.00 | $ 0.00 |
| 19 | 11/22/19 | 610 | Sue Jones<br>2016 Lone Oak Rd<br>Paris, TN 38242-7674<br><7100-00 Section 726(a)(2) General Unsecured Claims> | | $ 145.00 | $ 145.00 | $ 0.00 | $ 145.00 | $ 0.00 |
| 20 | 11/22/19 | 610 | Jonna Pfountz<br>108 Briana Rd<br>Lebanon, TN 37087-1436<br><7100-00 Section 726(a)(2) General Unsecured Claims> | | $ 80.00 | $ 80.00 | $ 0.00 | $ 80.00 | $ 0.00 |
| 21 | 11/30/19 | 610 | Anna Moulton<br>808 Oliver Ln<br>Evans, GA 30809-8279<br><7100-00 Section 726(a)(2) General Unsecured Claims> | | $ 46.75 | $ 46.75 | $ 0.00 | $ 46.75 | $ 0.00 |
| 22 | 12/01/19 | 610 | Jeffrey Norrod<br>921 Bluff Dr<br>Lebanon, TN 37087-0984<br><7100-00 Section 726(a)(2) General Unsecured Claims> | | $ 60.00 | $ 60.00 | $ 0.00 | $ 60.00 | $ 0.00 |
| 23 | 12/02/19 | 610 | Carrie Scott<br>30084 Bickerstaff Rd<br>Nettleton, MS 38858-9420<br><7100-00 Section 726(a)(2) General Unsecured Claims> | | $ 52.25 | $ 52.25 | $ 0.00 | $ 52.25 | $ 0.00 |
| 24 | 12/02/19 | 610 | Laura Genovese<br>15201 Londons Bridge Rd<br>Haymarket, VA 20169-8144<br><7100-00 Section 726(a)(2) General Unsecured Claims> | | $ 73.50 | $ 73.50 | $ 0.00 | $ 73.50 | $ 0.00 |
| 25 | 12/06/19 | 610 | Katherine Kraemer<br>302 Woodland Dr<br>Birmingham, AL 35209-5350<br><7100-00 Section 726(a)(2) General Unsecured Claims> | | $ 92.79 | $ 92.79 | $ 0.00 | $ 92.79 | $ 0.00 |
| 26 | 12/16/19 | 610 | Blayne Rogers<br>369 Eastern Shores Dr<br>Lexington, TN 38351-1215<br><7100-00 Section 726(a)(2) General Unsecured Claims> | | $ 160.15 | $ 160.15 | $ 0.00 | $ 160.15 | $ 0.00 |
| 27 | 01/08/20 | 610 | American Express National Bank<br> c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00 Section 726(a)(2) General Unsecured Claims> | | $ 8,988.72 | $ 8,988.72 | $ 0.00 | $ 8,988.72 | $ 0.00 |

# Exhibit C
## Claims Distribution Register

**Case: 8:19-bk-09871-RCT KBB ASSOCIATES, LLC**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 28 | 01/13/20 | 610 | Anna Moulton<br>808 Oliver Ln<br>Evans, GA 30809-8279<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 46.75 | $ 46.75 | $ 0.00 | $ 46.75 | $ 0.00 |
| 29 | 01/31/20 | 610 | Cynthia Hughston<br>805 E 4th St<br>Tuscumbia, AL 35674-2218<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 48.00 | $ 48.00 | $ 0.00 | $ 48.00 | $ 0.00 |
| 30 | 02/03/20 | 610 | Mary Beth Bugg<br>902 Terrace Acres Cir<br>Auburn, AL 36830-6272<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 120.58 | $ 120.58 | $ 0.00 | $ 120.58 | $ 0.00 |
| 32U | 02/18/20 | 610 | State of Florida - Department of Revenue<br>Bankruptcy<br>PO Box 8045<br>Tallahassee, FL 32314-8045<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 280.00 | $ 280.00 | $ 0.00 | $ 280.00 | $ 0.00 |
| 33U | 02/18/20 | 610 | State of Florida - Department of Revenue<br>FL DEPARTMENT OF REVENUE, BANKRUPTCY<br>PO Box 8045<br>Tallahassee, FL 32314-8045<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 605.37 | $ 605.37 | $ 0.00 | $ 605.37 | $ 0.00 |
| 34U | 02/18/20 | 610 | State of Florida - Department of Revenue<br>FL DEPARTMENT OF REVENUE, BANKRUPTCY<br>PO Box 8045<br>Tallahassee, FL 32314-8045<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 2,178.75 | $ 2,178.75 | $ 0.00 | $ 2,178.75 | $ 0.00 |
| | | | **Total for Priority 610:   0% Paid** | $ 14,893.94 | $ 14,893.94 | $ 0.00 | $ 14,893.94 | $ 0.00 |
| 31 | 02/04/20 | 620 | Laura Hess<br>1709 Washington Ave<br>Wilmette, IL 60091-2420<br><7200-00 Section 726(a)(3) Tardily Filed General Unsecured Claims> | $ 131.10 | $ 131.10 | $ 0.00 | $ 131.10 | $ 0.00 |
| | | | **Total for Priority 620:   0% Paid** | $ 131.10 | $ 131.10 | $ 0.00 | $ 131.10 | $ 0.00 |
| | | | **Total for Unsecured Claims:** | $ 15,025.04 | $ 15,025.04 | $ 0.00 | $ 15,025.04 | $ 0.00 |
| | | | **Total for Case:** | $ 74,339.25 | $ 75,361.13 | $ 0.00 | $ 75,361.13 | $ 44,367.57 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 8:19-bk-09871-RCT
Case Name: KBB ASSOCIATES, LLC
Trustee Name: Christine L. Herendeen

| | **Balance on hand:** | $ | 44,367.57 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 44,367.57 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Christine L. Herendeen | 5,227.75 | 0.00 | 5,227.75 |
| Trustee, Expenses - Christine L. Herendeen | 824.69 | 0.00 | 824.69 |
| Charges, U.S. Bankruptcy Court | 1,050.00 | 0.00 | 1,050.00 |
| Attorney for Trustee Fees (Other Firm) - Angelina E. Lim | 24,034.50 | 0.00 | 24,034.50 |
| Accountant for Trustee Fees (Other Firm) - Andrea P. Bauman | 1,200.00 | 0.00 | 1,200.00 |
| Accountant for Trustee Expenses (Other Firm) - Andrea P. Bauman | 19.65 | 0.00 | 19.65 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 32,356.59 |
| Remaining balance: | $ | 12,010.98 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 12,010.98 |

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $27,979.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 12 | Gisela Lopez | 1,796.98 | 0.00 | 1,796.98 |
| 13 | Monice Primo Sanchez | 1,747.86 | 0.00 | 1,747.86 |
| 16P | Carrie Sasville | 3,110.00 | 0.00 | 3,110.00 |
| 18 | Loan Truong | 831.40 | 0.00 | 831.40 |
| 32P | State of Florida - Department of Revenue | 336.10 | 0.00 | 74.21 |
| 33P | State of Florida - Department of Revenue | 2,155.48 | 0.00 | 475.91 |
| 34P | State of Florida - Department of Revenue | 16,979.80 | 0.00 | 3,749.00 |
|  | IRS EFTPS 940 | 449.17 | 0.00 | 99.17 |
|  | IRS EFTPS 941 | 464.15 | 0.00 | 102.48 |
|  | IRS EFTPS 941 | 108.56 | 0.00 | 23.97 |

Total to be paid for priority claims:  $  12,010.98
Remaining balance:  $  0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,893.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Jenna Bagley | 38.40 | 0.00 | 0.00 |
| 2 | Ivy Zepeda | 27.88 | 0.00 | 0.00 |
| 3 | Brittany Lewis | 32.31 | 0.00 | 0.00 |
| 4 | Lacheia Edmonds | 46.00 | 0.00 | 0.00 |
| 5 | Janice Long | 40.80 | 0.00 | 0.00 |
| 6 | Mary Nan Stewart | 220.38 | 0.00 | 0.00 |
| 7 | Tabitha Petty | 43.40 | 0.00 | 0.00 |
| 8 | Anna Wade | 50.75 | 0.00 | 0.00 |
| 9 | Carolina Stewart | 45.96 | 0.00 | 0.00 |
| 10 | Alexandria Garrard | 86.00 | 0.00 | 0.00 |
| 11 | Sarah Penny | 40.20 | 0.00 | 0.00 |
| 14 | Natalie Bowen | 92.68 | 0.00 | 0.00 |
| 15 | Sharon Mosley | 35.40 | 0.00 | 0.00 |
| 16U | Carrie Sasville | 1,018.17 | 0.00 | 0.00 |
| 17 | Patti Ozbolt | 97.00 | 0.00 | 0.00 |
| 19 | Sue Jones | 145.00 | 0.00 | 0.00 |
| 20 | Jonna Pfountz | 80.00 | 0.00 | 0.00 |
| 21 | Anna Moulton | 46.75 | 0.00 | 0.00 |
| 22 | Jeffrey Norrod | 60.00 | 0.00 | 0.00 |
| 23 | Carrie Scott | 52.25 | 0.00 | 0.00 |
| 24 | Laura Genovese | 73.50 | 0.00 | 0.00 |
| 25 | Katherine Kraemer | 92.79 | 0.00 | 0.00 |
| 26 | Blayne Rogers | 160.15 | 0.00 | 0.00 |
| 27 | American Express National Bank | 8,988.72 | 0.00 | 0.00 |
| 28 | Anna Moulton | 46.75 | 0.00 | 0.00 |
| 29 | Cynthia Hughston | 48.00 | 0.00 | 0.00 |
| 30 | Mary Beth Bugg | 120.58 | 0.00 | 0.00 |
| 32U | State of Florida - Department of Revenue | 280.00 | 0.00 | 0.00 |
| 33U | State of Florida - Department of Revenue | 605.37 | 0.00 | 0.00 |
| 34U | State of Florida - Department of Revenue | 2,178.75 | 0.00 | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $131.10 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 31 | Laura Hess | 131.10 | 0.00 | 0.00 |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |